FILED

2003 OCT 20 A 11: 50

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GAYLE CARPENTER | : |
| VS. | : No. 3:00CV02296 (SRU) |
| CITY OF TORRINGTON, ET AL. | : OCTOBER 20, 2003 |

## APPEAL

The plaintiff appeals to the United States Court of Appeals from the judgment entered against her on September 22, 2003, a copy of which is attached hereto.

THE PLAINTIFF

BY  _/s/ John R. Williams_
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: 203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

1

54.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 SEP 22  A 10: 33

US DISTRICT COURT

**GAYLE CARPENTER**

v                                              3:00cv2296 (SRU)

**CITY OF TORRINGTON
MARQUAM JOHNSON
BOARD OF PUBLIC SAFETY OF
THE CITY OF TORRINGTON
MARY JANE GRYNIUK
THOMAS GRITT, JOHN FIELDS,
JAYE GIAMPAOLO**

### JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and after a hearing held on September 15, 2003, the motions were granted in open court. All claims were dismissed against John Fields and Jaye Giampaolo without prejudice.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated a Bridgeport, Connecticut, this 22nd day of September, 2003.

Kevin F. Rowe, Clerk

By _Alice Montz_ (signature)
Deputy Clerk

Entered on Docket  9/24/03

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to:

John J. Radshaw, III, Esq.
Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

Attorney Michelle Holmes
Sack, Spector & Karsten, LLP
836 Farmington Ave., Suite 221
West Hartford, CT 06119

Albert G. Vasko, Esq.
Corporation Counsel
140 Main St.
Torrington, CT 06790

JOHN R. WILLIAMS

2