FILED

2003 OCT 23 P 12:08

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GAYLE CARPENTER

    Plaintiff-Appellant

    v.

CITY OF TORRINGTON,
MARQUAM JOHNSON,
BOARD OF PUBLIC SAFETY
OF THE CITY OF TORRINGTON,
MARY JANE GRYNIUK and
THOMAS GRITT,

    Defendants-Appellees

District Court Docket No.
3:00CV02296 (SRU)

## INDEX TO RECORD ON APPEAL

**DOCUMENT NO.**

### VOLUME I

| | |
|---|---|
| Transcript of Argument on September 15, 2003 | 1 |

### VOLUME II

| | |
|---|---|
| Certified Copy of Docket Sheet | 2 |
| Complaint, filed 11/30/00 (Doc. # 1) | 3 |
| Answer & Affirmative Defenses, filed 1/29/01 (Doc. # 13) | 4 |

| | |
|---|---|
| Answer, filed 5/15/02 (Doc. # 29) | 5 |
| Motion to Amend, filed 7/22/02 (Doc. # 30) | 6 |
| Motion to Amend, filed 11/4/02 (Doc. # 35) | 7 |
| Amended Complaint, filed 11/4/02 (Doc. # 36) | 8 |
| Motion for Summary Judgment, filed 2/18/03 (Doc. # 38) | 9 |
| Statement of Material Facts, filed 2/18/03 (Doc. # 39) | 10 |
| Memorandum, filed 2/18/03 (Doc. # 40) | 11 |
| Motion for Summary Judgment, filed 3/5/03 (Doc. # 43) | 12 |
| Memorandum, filed 3/5/03 (Doc. # 44) | 13 |
| Statement of Material Facts, filed 3/5/03 (Doc. # 45) | 14 |
| Objection, filed 3/31/03 (Doc. # 46) | 15 |
| Memorandum, filed 3/31/03 (Doc. # 47) | 16 |
| Statement of Material Facts, filed 3/31/03 (Doc. # 48) | 17 |
| Memorandum, filed 4/9/03 (Doc. # 49) | 18 |
| Motion Hearing, filed 9/15/03 (Doc. # 53) | 19 |
| Judgment, filed 9/22/03 (Doc. # 54) | 20 |
| Appeal, filed 10/20/03 (Doc. # 55) | 21 |
| Clerk's Certificate | 22 |