UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAYLE CARPENTER | : | NO.: 3:00CV02296 (SRU) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, MARQUAM JOHNSON, THE BOARD OF PUBLIC SAFETY OF THE CITY OF TORRINGTON, MARY JANE GRYNIUK AND THOMAS GRITT | : : : : : | JULY 23, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, Marquam Johnson, hereby submits his bill of costs in the above-captioned case. The Court of Appeals issued a mandate in favor of the defendant on July 20, 2004. This bill of costs is filed within ten (10) days of such expiration. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.  Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit B**)

    1.  Deposition transcript of Gayle Carpenter (1/8/03)
        ($473.60 original & 1 copy + $5.00 shipping & handling
        + $28.72 tax)    $ 507.32

        Appearance fee ($75.00 + $4.50 tax)    $ 79.50

        Subtotal:    $586.82

    2.  Deposition transcript of Gayle Carpenter (7/23/02)
        ($601.60 original & 1 copy + $4.00 shipping & handling

    + $36.33 tax)              $ 641.93

    Appearance fee ($65.00 + $3.90 tax)    $ 68.90

    Subtotal:    $710.83

  Total depositions transcripts: $586.82 + 710.83 =  $1,297.65

B. Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii) (**Exhibit C**)

  1. Copy of court transcript of argument and ruling on the Motion for Summary Judgment, dated September 15, 2003

    26 pages @ 3.30 per page = $85.80
    Taxes = $5.14

  Subtotal = $90.94

  2. Copies of exhibits appended to successful Motion for Summary Judgment

    272 pages @ .15 = $40.80
    17 exhibit tabs @ .25 = $4.25
    Drilling 2 holes on 289 pages @ .01 = $2.89
    Taxes = $2.88

  Subtotal = $50.82

 Total $90.94 + 50.82 =      $141.76

**TOTAL FEES REQUESTED:** **$1,439.41**

DEFENDANT,
MARQUAM JOHNSON


By<u>/s/Alexandria L. Voccio</u>
  Alexandria L. Voccio
  ct21792
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (fax)
  e-mail:  avoccio@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 23rd day of July, 2004.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Michael O'Connell, Esquire
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103-3598

Albert G. Vasko, Esquire
140 Main Street
Torrington, CT  06790

Scott M. Karsten, Esquire
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT  06119

                                        /s/Alexandria L. Voccio
                                        Alexandria L. Voccio