UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAYLE CARPENTER | : | NO.: 3:00CV02296 (SRU) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, MARQUAM | : | |
| JOHNSON, THE BOARD OF PUBLIC | : | |
| SAFETY OF THE CITY OF | : | |
| TORRINGTON, MARY JANE GRYNIUK | : | |
| AND THOMAS GRITT | : | |

## **VERIFICATION OF ALEXANDRIA L. VOCCIO**

I, Alexandria L. Voccio, being duly sworn, depose and say:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendant, Marquam Johnson, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by Marquam Johnson in defending this case; and

3. The items in the defendant's Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 23rd day of July, 2004.

        /s/Alexandria L. Voccio
        Alexandria L. Voccio

STATE OF CONNECTICUT )
                ) ss: Hartford
COUNTY OF HARTFORD  )

Subscribed and sworn to before me this 23rd day of July, 2004.

        /s/Daniel C. DeMerchant
        Commissioner of the Superior Court