

**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

JAN 22 2003

```
JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE                              DATE      01/21/2003
HARTFORD, CT   06114-1190                           INVOICE      23812
                                                    CLIENT        2904
                                                    REFERENCE VIB




Re: GAYLE CARPENTER    CITY OF TORRINGTON, ET AL
Assignment Date: January 08, 2003


Deposition Of - GAYLE CARPENTER

USDC ORIGINAL & 1                                             473.60
APPEARANCE FEE                                                 75.00
SHIPPING & HANDLING                                             5.00
CONDENSED AND ASCII                                            20.00
                                                          ==========
                                    Total Amount  $           573.60
                                            Tax   $            34.42
                                      Total due   $           608.02

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

*OK to pay 38.-* *100 75*

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY



**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT  06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE                    DATE      08/06/2002
HARTFORD, CT   06114-1190                 INVOICE      19960
                                          CLIENT        2904
                                          REFERENCE  LEA


Re: GAYLE CARPENTER    CITY OF TORRINGTON, ET AL
Assignment Date: July 23, 2002


Deposition Of - GAYLE CARPENTER

USDC ORIGINAL & 1                                     601.60
APPEARANCE FEE                                         65.00
SHIPPING & HANDLING                                     4.00
CONDENSED AND ASCII                                    20.00
                                                   ==========
                              Total Amount  $         690.60
                                       Tax  $          41.44
                                 Total due  $         732.04

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

OK to pay
38-10075

RECEIVED
AUG 09 2002
BY:_____

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY