UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVOICE 762                                             October 14, 2003

    TO:   ALEXANDRIA L. VOCCIO, ESQ.
          HOWD & LUDORF
          65 WETHERSFIELD AVENUE
          HARTFORD, CONNECTICUT  06114-1190

In The Matter Of:  Gayle Carpenter v. Torrington, et al, Docket Number 3:00CV-2296 SRU, held before the Honorable Stefan R. Underhill, U. S. J. D., at U. S. District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut on September 15, 2003.

TRANSCRIPT:

    26 pages @ $3.30 per page,
    (Regular Delivery Rate), $85.80.

    Plus 6% CT Sales Tax, $5.14.

TOTAL AMOUNT NOW DUE: $90.94.

Please make checks payable to: Susan E. Catucci.

Thank you.

RECEIVED
OCT 17 2003
BY:_____

*okay to pay*
*ALV*

_____
Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (203) 246-6385
(SS# 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)

38-10075

| CL | DATE |
|----|------|
| CODE | CK 6579 |
| TR 20392 | T/B |

# IKON Office Solutions

## Document Services

Phone: (860) 278-1555     Fax: (860) 278-6612
Federal ID #: 230334400

**TERMS: Net 10 Days**

INVOICE     Page 1

| | |
|---|---|
| Invoice # | HAR060772 |
| Invoice Date | 02/19/2003 |
| Due Date | 03/01/2003 |
| Customer # | HAR-HOW6 |
| Order # | 03020303 |

**SOLD TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

**SHIP TO:**
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

*Carpenter v Johnson*

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 02/14/2003 | ELLIE BLACKMAN | 38 - 10075 | JARED ARTHUR LAFLEUR |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 567 | C Litigation | 1631 | 0.150 | 244.65 |
| 608 | Drilling - 2 HP/3 HP (per page | 1736 | 0.010 | 17.36 |
| 635 | Tabs Sold | 105 | 0.250 | 26.25 |

17955

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 288.26 |
| Sales Tax: | 17.30 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **305.56** |

Received and approved by: _____     Date: _____