UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GAYLE CARPENTER | : | |
| | : | |
| VS. | : | No. 3:00CV02296 (SRU) |
| | : | |
| CITY OF TORRINGTON, ET AL. | : | JULY 27, 2004 |

**OBJECTION TO BILL OF COSTS**

Plaintiff objects to the defendants' Bill of Costs as follows:

A.1.  Defendants' claim for $586.82 for the plaintiff's deposition transcript is defective in that:

    1.  There is no showing that said transcript was used in the presentation of the defense case.

    2.  Defendants have billed for <u>both</u> and original <u>and</u> a copy.

    3.  Defendants have billed for an "appearance fee" which is not authorized.

    4.  Defendants have billed for "shipping and handling" fees, which are not authorized.

1

A.2. Defendants' claim for $641.93 for the plaintiff's deposition transcript is defective in that:

    1. There is no showing that said transcript was used in the presentation of the defense case.

    2. Defendants have billed for <u>both</u> and original <u>and</u> a copy.

    3. Defendants have billed for an "appearance fee" which is not authorized.

    4. Defendants have billed for "shipping and handling" fees, which are not authorized.

B.1. Defendants' claim for $90.94 for a transcript of oral argument is defective in that there is no authority for incurring such an expense and taxing it as costs and the defendants have not claimed to have used such transcript in the presentation of their case.

B.2. Defendants' claim for $50.82 for "copies of exhibits" is defective in that:

    1. There is no authority for taxing as costs the price of "exhibit tabs".

    2. There is no authority for taxing as costs a fee for "drilling 2 holes".

                        THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: 203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to:

| | |
|---|---|
| Attorney Alexandria L. Voccio | Albert G. Vasko, Esq. |
| Howd & Ludorf | Corporation Counsel |
| 65 Wethersfield Ave. | 140 Main STreet |
| Hartford, CT 06114 | Torrington, CT 06790 |
| | |
| Attorney Michelle Holmes | Michael O'Connell, Esq. |
| Sack, Spector & Karsten, LLP | O'Connell, Flaherty & Attmore |
| 836 Farmington Ave., Suite 221 | 280 Trumbull Street |
| West Hartford, CT 06119 | Hartford, CT 06103-3598 |

_____
JOHN R. WILLIAMS