UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GAYLE CARPENTER

      v.                              3:00cv2296 SRU

CITY OF TORRINGTON, et al

RULING ON BILL OF COSTS

On September 22, 2003, judgment entered for the defendants after a summary judgment motion.  On July 26, 2004, a Mandate of the U.S. Court of Appeals was filed affirming the judgment.  On July 26, 2004, the defendant Marquam Johnson submitted a Bill of Costs, an objection was filed by the plaintiff on July 29, 2004, and a reply was filed on August 6, 2004.   For the reasons stated below, the defendant's bill of costs is granted in part and denied in part.

      A. FEES FOR COURT REPORTER: Defendant is entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80.  Pursuant to Vol VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page.  Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc. 511 F.2d 209, 217 ($7^{th}$Cir., 1975).  Condensed, ASCII disk, expedited or daily transcripts are also not recoverable as costs.  Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment or in support of a successful

motion for summary judgment pursuant to Local Rule 54(c)2.(ii). The defendant submits claims for the deposition transcript of Gayle Carpenter in the amount of $586.82 and $710.83, however the supporting documentation does not reflect the page rate or the number of pages. This claim is disallowed without prejudice to renewal within thirty days upon submission of complete documentation.

The defendant submits a claim for the court transcript of September 15, 2003, in the amount of $90.94 and this claim is allowed as the transcript would have been necessary to submit with the brief on appeal as the ruling of the court granting the summary judgment motion was oral.
Costs are entered in the amount of **$90.94**.

B. FEES FOR COPIES: The cost of copies of exhibits appended to a successful motion for summary judgment are allowable pursuant to Local Rule 54(c)3.(iii). The defendant submits a claim for copies in the amount of $50.82. The claim is reduced to exclude the cost of exhibit tabs, which is not an allowable cost, to $42.89. Costs are entered in the amount of **$42.89**.

C. SUMMARY: For the reasons previously stated, the defendants' bill of costs are allowed as follows:

| | |
|---|---|
| Fees of the Court Reporter | $ 90.94 |
| Fees for Copies | $ 42.89 |
| Total | $133.83 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Bridgeport, Connecticut, this 14th day of July, 2005.

                        KEVIN F. ROWE, Clerk

                        By      /s/ Chrystine W. Cody
                              Deputy-in-Charge